UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:21-mc-00008 JVS (ADSx)                    Date: February 18, 2021

Title: *Alex Sanchez v. Lean Supply Solutions America, Inc., et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|     Kristee Hopkins     |     None Reported     |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| :---: | :---: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: APPLICATION FOR LEAVE TO DEPOSE FEDERAL PRISONER

On February 4, 2021, Alex Sanchez ("Applicant") filed an Application for Leave to Depose Federal Prisoner ("Application"). [Dkt. No. 1]. Applicant seeks leave to depose Brandon Sanchez ("Deponent"), which the Application describes is an inmate at the Federal Correction Institution in Pecos, Texas, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B). [Id.]. The Application states Deponent was an eyewitness to an accident which underlies a civil action that is currently pending in the San Bernardino Superior Court. [Id.].

The Application has numerous deficiencies. First, Applicant has not established that venue is proper in this district. The Application states that Deponent is incarcerated at a facility in Pecos, Texas, located in the Western District of Texas. Second, Applicant does not provide a declaration or any other evidence to support the factual allegations made in the Application, as required by the Local Rules. L.Rs. 7-5, 7-6. Third, the Application does not attach the deposition notice and/or subpoena that Applicant seeks to serve on the Deponent. Finally, the Application does not reflect service of the Application on the Deponent.

Applicant is ordered to show cause why this action should not be transferred to the Western District of Texas. In addition to the information above, Applicant is ordered to provide the following information: (1) evidence confirming Deponent's

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:21-mc-00008 JVS (ADSx)               Date: February 18, 2021

Title:  *Alex Sanchez v. Lean Supply Solutions America, Inc., et al.*

current location of incarceration; (2) whether Deponent and the Federal Bureau of Prisons have been served with a copy of the Application; and (3) facts setting forth the relevance of Deponent's testimony to the claims and defenses in the San Bernardino Superior Court action.  Applicant is ordered to respond to this OSC and provide this information, supported by evidence, by no later than March 4, 2021.

**IT IS SO ORDERED.**

Initials of Clerk kh